Argued March 7—decided March 7, 1967

GEORGE WHITE, INC. *v.* GUSTAVE SIMONS ET AL.

GUSTAVE SIMONS ET AL. *v.* GEORGE WHITE, INC., ET AL.

The petition by Gustave Simons in each case for certification for appeal from the Appellate Division of the Circuit Court is denied.

*George D. Constantikes,* in support of the petition.

*J. Peter LaChance,* in opposition.

Submitted January 30—decided March 7, 1967